

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00318-CV

Leticia R. **BENAVIDES,**
Appellant

v.

Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

In an order dated November 12, 2019, we ordered the court reporter, Ms. Cynthia Lenz, to file all outstanding volumes of the reporter's record in appeal numbers 04-19-00485-CV and 04-19-00315-CV before filing the reporter's record in this appeal. Ms. Lenz filed the reporter's record in appeal number 04-19-00485-CV on December 17, 2019. Since our prior order, appeal number 04-19-00315-CV has settled.

Therefore, it is ORDERED that Ms. Lenz file all outstanding volumes of the reporter's record in this appeal no later than forty-five (45) days from the date of this order. Requests for further extensions will not be granted absent a showing of good cause. Any request for further extensions must be accompanied by a signed, status report containing a description of the work completed, including:

- A description of the transcript by day with the date, description, page counts, and remarks for each day;
- A list of the page counts for the total number of pages and the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks); and
- A description of any problems the court reporter reasonably believes may delay the completion of the record.

Time spent doing work other than preparing the record for this appeal will not be an adequate ground for a further extension of time or an excuse for failing to comply with this order. *See* TEX. R. APP. P. 13.3 (stating the reporter's duties relating to proceedings in the appeals court "take preference over other work"); *id.* R. 35.3(c) ("The appellate court may enter any order necessary to ensure the timely filing of the appellate record.").

If the record is not timely filed, a show cause order may issue directing Ms. Lenz to appear on a day certain and show cause why she should not be held in contempt for failing to file the record(s) and for violating this order. The clerk of this court is ORDERED to cause a copy of this order to be served on Ms. Lenz by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," *id.* R. 35.3(c), it is further ORDERED that the clerk of this court serve a copy of this order on the trial court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.



_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court